*Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Alan J. Davis,* Assistant District Attorney, with him *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Spader, Appellant.

Submitted June 16, 1967. *Albert Spader,* appellant, in propria persona; *Stephen W. Kline* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

**Order affirmed.**

## Commonwealth *v.* Szulczewski, Appellant.

Submitted June 16, 1967. *Menno B. Rohrer,* for appellant; *Clarence C. Newcomer,* First Assistant District Attorney, and *Wilson Bucher,* District Attorney, for Commonwealth, appellee.

**Order affirmed.**

## Commonwealth *v.* Thomas, Appellant.

Submitted June 20, 1967. *John*

*Thomas,* appellant, in propria persona; *Ralph J. Althouse, Jr.,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Thomas, Appellant.

Submitted June 14, 1967. *Albert H. Branson* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *Donald C. Marino* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Tunnell, Appellant.

Submitted June 13, 1967. *Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Charles W. Sweeney, Jr.* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.